**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00357-APG-VCF |
| vs. | **ORDER** |
| DANIELLE PERREIRA, | |
| Defendant. | |

Before the court is Defendant Danielle Perreira's Motion to Suppress Statements Made to Police in Violation of *Miranda v. Arizona* (#96).

IT IS HEREBY ORDERED that an evidentiary hearing on Defendant Danielle Perreira's Motion to Suppress Statements Made to Police in Violation of *Miranda v. Arizona* (#96) is scheduled for 10:00 a.m., October 20, 2015, in courtroom 3D.

DATED this 5th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE