# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIELLE PERREIRA,<br><br>　　　　Defendant. | 2:14-cr-00357-APG-VCF<br><br>**ORDER** |

　　　　Before the court is Defendant Danielle Perreira's Motion to Suppress Statements Made to Police in Violation of *Miranda v. Arizona* (#96).

　　　　IT IS HEREBY ORDERED that an evidentiary hearing on Defendant Danielle Perreira's Motion to Suppress Statements Made to Police in Violation of *Miranda v. Arizona* (#96) is scheduled for 10:00 a.m., October 20, 2015, in courtroom 3D.

　　　　DATED this 5th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE