**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DANIELLE PERREIRA,<br><br>           Defendant. | 2:14-cr-00357-APG-VCF<br><br>**ORDER** |

Before the court is Defendant Danielle Perreira's Motion to Suppress Statements Made to Police in Violation of *Miranda v. Arizona* (#96).

IT IS HEREBY ORDERED that the evidentiary hearing on Defendant Danielle Perreira's Motion to Suppress Statements Made to Police in Violation of *Miranda v. Arizona* (#96) scheduled for 10:00 a.m., October 20, 2015 is vacated and advanced to 1:00 p.m., October 13, 2015, in courtroom 3D.

DATED this 6th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE