# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-cr-00357-APG-VCF |
| Plaintiff, | |
| vs. | |
| DANIELLE PERREIRA, | |
| Defendant. | |

## ORDER

After considering the parties' stipulation agreeing to extend the Govenrment's time to file the Government's objections to the Report and Recommendation, (doc. no. 131), granting Defendant Perreira's motion to suppress statement (Doc. No. 96), to a date and time convenient to the Court, but not less Friday, November 6, 2015, the Court hereby finds good cause to grant the Government's request.

THEREFORE, IT IS HEREBY ORDERED that the Stipulation For Extention Of Tme to File Objections to Report and Recommendation is GRANTED and the Government shall file its objections before midnight on Friday, November 6, 2015.

Dated: October 30, 2015.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE