UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-357-APG-NJK |
|---|---|
| Plaintiff, | |
| v. | ORDER REGARDING MOTIONS TO SEVER AND TO CONTINE TRIAL |
| BRIAN WRIGHT and DANIELLE PERREIRA, | (Dkt. ##71, 189) |
| Defendants. | |

Defendant Danielle Perreira filed a motion to continue the trial and to sever her trial from the trial of her co-defendant Brian Wright. (Dkt. #189.) Wright previously moved to sever his trial from Perreira's. (Dkt. #71.) The Government opposed Wright's motion and I accepted Magistrate Judge Ferenbach's recommendation to defer a decision until the Government submitted its *Bruton* material. (Dkt. ##95, 114.) The Government was ordered to submit its *Bruton* material at calendar call. (*Id.*) The Government has not yet filed an opposition to Perreira's motion (because an opposition is not yet due), so it is unclear whether the Government will oppose severance or a continuance. Wright has repeatedly expressed his desire to go to trial without further delay. Trial is currently scheduled to begin on February 22, 2016.

In order to resolve the pending motions expeditiously—and so the parties know who, if anyone, will start trial on February 22—the Government is hereby ordered to file any opposition to Perreira's motion to sever/continue and to submit its *Bruton* material to chambers for *in camera* review by **5:00 p.m. on Thursday, February 11, 2016**.

Dated: February 10, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE